John L. Cooper (State Bar No. 050324)
Janice W. Reicher (State Bar No. 287591)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: jcooper@fbm.com; jreicher@fbm.com

G. Mark Edgarton (admitted *pro hac vice*)
medgarton@choate.com
Samuel N. Rudman (admitted *pro hac vice*)
srudman@choate.com
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telephone (617) 248-5000

Attorneys for Defendants LOREX
CORPORATION and DAHUA TECHNOLOGY
USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD SOO and MATTHEW LAUINGER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOREX CORPORATION and DAHUA TECHNOLOGY USA INC.,<br><br>Defendants. | Case No. 3:20-cv-01437-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSIVE PLEADING OF LOREX CORP. AND DAHUA TECHNOLOGY USA INC. TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>The Hon. Jacqueline Scott Corley<br><br>Trial Date:      None |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, Plaintiffs Gerald Soo and Matthew Lauinger ("Plaintiffs") and Defendants Lorex Corporation and Dahua Technology USA Inc. ("Defendants") (together, "the Parties"):

**WHEREAS,** Plaintiffs served their First Amended Complaint upon Defendants on April 30, 2020;

**WHEREAS,** the current deadline for Defendants to file a responsive pleading to Plaintiffs'

/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
RESPONSIVE PLEADING OF LOREX CORP.
AND DAHUA TECHNOLOGY USA INC.
Case No. 3:20-cv-01437-JSC

1

38540\13117065.1

1  First Amended Complaint is May 14, 2020;

2  **WHEREAS**, the Parties agree to continue the deadline for Defendants to file a responsive

3  pleading to Plaintiffs' Complaint to (and including) May 28, 2020;

4  **WHEREAS**, this Stipulation does not affect any other dates currently scheduled by the

5  Court in this action;

6  **NOW THEREFORE**, Plaintiffs and Defendants, by and through their respective counsel

7  of record, hereby stipulate and agree that the deadline for Defendants to respond to Plaintiffs' First

8  Amended Complaint is extended to and including May 28, 2020;

9  **SO STIPULATED** this first day of May 2020.

10

11  Dated:  May 1, 2020                                Respectfully submitted,

12                                                    FARELLA BRAUN + MARTEL LLP
                                                      John L. Cooper
13                                                    Janice W. Reicher

14

15
                                                      By:    */s/ Janice W. Reicher*
16                                                           Janice W. Reicher

17                                                    Attorneys for Defendants LOREX CORPORATION
                                                      and DAHUA TECHNOLOGY USA INC.
18

19  Dated:  May 1, 2020                                BURSOR & FISHER, P.A.
                                                       Joel Dashiell Smith
20                                                     L. Timothy Fisher

21

22

23                                                     By:    */s/ Joel Dashiell Smith*
                                                              Joel Dashiell Smith
24                                                     Attorneys for Plaintiff GERALD SOO, on behalf of
                                                       himself and all others similarly situated
25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
RESPONSIVE PLEADING OF LOREX CORP.
AND DAHUA TECHNOLOGY USA INC.
Case No. 3:20-cv-01437-JSC

2

38540\13117065.1

# [~~PROPOSED~~] ORDER

Having considered the Parties' stipulation, it is hereby ORDERED that:

The current deadline of May 14, 2020 for Defendants Lorex Corporation and Dahua Technology USA Inc. to file their responsive pleading to Plaintiffs' First Amended Complaint is continued until May 28, 2020.

**IT IS SO ORDERED.**

Dated: __May 4, 2020_____      _____
THE HON. JACQUELINE S. CORLEY
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER RE RESPONSIVE PLEADING OF LOREX CORP. AND DAHUA TECHNOLOGY USA INC.
Case No. 3:20-cv-01437-JSC

3

38540\13117065.1