**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro Hac Vice*)
Max S. Roberts (*Pro Hac Vice*)
888 Seventh Ave, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jarisohn@bursor.com
         mroberts@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SOO and MATTHEW LAUINGER, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>LOREX CORPORATION, and DAHUA TECHNOLOGY USA INC.,<br><br>                              Defendants. | Case No.  3:20-cv-01437-JSC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Jacqueline Scott Corley |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Gerald Soo and Matthew Lauinger hereby dismiss all claims against Defendants Lorex Corporation and Dahua Technology USA Inc. without prejudice.  Defendants have consented to this request.  Each party shall bear its own costs.

Dated:  November 3, 2020      Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   /s/ Joel D. Smith
      Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
      jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro Hac Vice*)
Max S. Roberts (*Pro Hac Vice*)
888 Seventh Ave, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  jarisohn@bursor.com
      mroberts@bursor.com

*Attorneys for Plaintiffs*

Dated:  November 3, 2020      **CHOATE HALL & STEWART LLP**

By:   /s/ G. Mark Edgarton
      G. Mark Edgarton

G. Mark Edgarton (*Pro Hac Vice*)
Samuel N. Rudman (*Pro Hac Vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000

**FARELLA BRAUN + MARTEL LLP**
John L. Cooper (State Bar No. 050324)

Janice W. Reicher (State Bar No. 287591)
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 945-4480
E-mail: jcooper@fbm.com
jreicher@fbm.com

*Attorneys for Defendants*

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

　　　　　　　　　　　　　　　　　　　　/s/ Joel D. Smith